UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIANHAI LACE USA, INC.,

                Plaintiff,

- against -

G-III LEATHER FASHIONS, INC., a
Delaware corporation, and DOES 1-10,

                Defendants.

**ORDER**

20 Civ. 765 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       The conference currently scheduled for May 28, 2020 is adjourned to **July 9, 2020 at 10 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
          May 26, 2020

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge