UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIANHAI LACE USA, INC.,

                Plaintiff,

- against -

G-III LEATHER FASHIONS, INC.,

                Defendant.

**ORDER**

20 Civ. 765 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that all proceedings in this case shall be stayed for 45 days from the date of this order to permit the parties to conduct settlement discussions.

        It is further ORDERED that counsel will submit a joint letter to this Court at the end of the 45-day stay period regarding their settlement discussions.

        It is further ORDERED that the case management plan will be held in abeyance during the above-mentioned stay period.

Dated: New York, New York
       October 22, 2020

                                                    SO ORDERED.

                                                    Paul G. Gardephe
                                                    United States District Judge