UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIANHAI LACE USA, INC., a New York Corporation,

                Plaintiff,

-v-

G-III LEATHER FASHIONS, INC., a Delaware corporation,

                Defendant.

**ORDER**

20 Civ. 765 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The stay in this case will be extended an additional sixty (60) days. The parties will submit a joint letter to this Court at the end of the 60-day period regarding their settlement discussions.

Dated: New York, New York
       June 7, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge